**ROBERT E. DAVIES, ESQ. / SBN 106810**
rdavies@donahuedavies.com
**STEPHEN J. MACKEY, ESQ. / SBN 131203**
smackey@donahuedavies.com
**MARY A. STEWART, ESQ. / SBN 106758**
mstewart@donahuedavies.com
**DONAHUE · DAVIES LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**JOE W. TOMASELLI, JR., ESQ. / TX SBN 24003064 (Pro Hac Vice to be filed)**
jtomaselli@goldmanismail.com
**RAMI N. FAKHOURI, ESQ. / IL SBN 6303267 (Pro Hac Vice to be filed)**
rfakhouri@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
**3131 Turtle Creek, Suite 1210**
**Dallas, TX  75219**
**Telephone:  (214) 880-9900**
**Facsimile:  (214) 880-9901**

**Attorneys for Defendants, MEDTRONIC, INC.**
**and MEDTRONIC PUERTO RICO OPERATIONS CO.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL MARTIN,<br><br>            Plaintiff,<br><br>     v.<br><br>MEDTRONIC, Inc.; MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.; MEDTRONIC PUERTO RICO OPERATIONS,<br><br>            Defendant. | No. 1:15-cv-00994—GEB—MJS<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed:  June 30, 2015<br>Trial Date: Not Scheduled |

**RECITALS**

1.  Plaintiff Michael Martin is represented by attorney Philip C. Bourdette, of Bourdette & Partners.

1

STIPULATION AND ORDER

2. Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co. are represented by attorneys Robert E. Davies and Stephen J. Mackey, of Donahue Davies LLP.

3. On or about June 30, 2015, Plaintiff filed his Complaint in the above- entitled matter, and thereafter caused service of process to be affected upon Defendant, Medtronic, Inc.

4. On or about September 11, 2015, Defendants Medtronic, Inc. (Named herein as "MEDTRONIC, Inc." and "MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.") and Medtronic Puerto Rico Operations Co. (Named herein as "MEDTRONIC PUERTO RICO OPERATIONS") filed and served their Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules Of Civil Procedure 12 (b) (6).

5. The Court scheduled a hearing on Defendants' Motion to Dismiss for October 23, 2015.

6. On September 16, 2015, the Court issued a Minute Order advancing the Status Conference Re: Consent to Magistrate Judge Jurisdiction set for October 1, 2015 to September 22, 2015, in Chambers before Magistrate Judge Michael J. Seng.

**STIPULATION**

At the September 22, 2015 Status Conference, Plaintiff Michael Martin, appeared by and through his attorney, Philip C. Bourdette, of Bourdette & Partners, and defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co., appeared by and through their attorney, Stephen J. Mackey, of Donahue Davies LLP. The parties having met and conferred through their respective counsel on various issues both prior to and during their participation in the Status Conference, before Magistrate Judge Michael J. Seng, do now hereby agree and stipulate as follows:

1. Plaintiff shall have up to and including 60 days from the date of filing and service of this Stipulation and Order upon the respective parties to file and serve upon Defendants a First Amended Complaint;

2. Defendants shall have up to and including 30 days from the filing and service of the First Amended Complaint to file an Amended Motion to Dismiss or other responsive pleading; and

3. Plaintiff and Defendants agreed to a stay of all discovery until such time as the District Judge of the Sacramento Division of the Eastern District of California to be assigned to this case has issued a ruling upon Defendants' Motion to Dismiss the First Amended Complaint, or other responsive pleading.

**IT IS SO STIPULATED.**

                                      BOURDETTE & PARTNERS

Dated: September 24, 2015       By:    /S/ Phillip C. Bourdette
                                          Philip C. Bourdette
                                          Attorneys for Plaintiff,
                                          MICHAEL MARTIN

Dated: September 24, 2015      DONAHUE DAVIES LLP

                                    By: /S/ Robert E. Davies
                                          Robert E. Davies

                                          *Of Counsel*:

                                          **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

                                          Joe W. Tomaselli, Jr.
                                          Texas Bar No. 24003064
                                          3131 Turtle Creek, Suite 1210
                                          Dallas, TX 75219
                                          (214) 880-9900 (p)
                                          (214) 880-9901 (f)
                                          jtomaselli@goldmanismail.com

                                          Rami N. Fakhouri
                                          Illinois Bar No. 6303267
                                          564 W. Randolph St., Ste. 400
                                          Chicago, IL 60661
                                          (312) 681-6000 (p)
                                          (312) 881-5191 (f)
                                          rfakhouri@goldmanismail.com

                                          Attorneys for Defendants,
                                          MEDTRONIC, INC. and MEDTRONIC PUERTO RICO OPERATIONS CO.

**ORDER ON STIPULATION**

Good cause appearing, the proposed Stipulation and Order in Case No. 1:15-cv-994-GEB-MJS is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   October 14, 2015            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE