**ROBERT E. DAVIES, ESQ. / SBN 106810**
rdavies@donahuedavies.com
**STEPHEN J. MACKEY, ESQ. / SBN 131203**
smackey@donahuedavies.com
**MARY A. STEWART, ESQ. / SBN 106758**
mstewart@donahuedavies.com
**DONAHUE · DAVIES LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**JOE W. TOMASELLI, JR., ESQ. / TX SBN 24003064 (Pro Hac Vice to be filed)**
jtomaselli@goldmanismail.com
**RAMI N. FAKHOURI, ESQ. / IL SBN 6303267 (Pro Hac Vice to be filed)**
rfakhouri@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
**3131 Turtle Creek, Suite 1210**
**Dallas, TX  75219**
**Telephone:  (214) 880-9900**
**Facsimile:  (214) 880-9901**

Attorneys for Defendants, MEDTRONIC, INC.
and MEDTRONIC PUERTO RICO OPERATIONS CO.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, Inc.; MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.; MEDTRONIC PUERTO RICO OPERATIONS,<br><br>　　　　　Defendant. | No. 1:15-cv-00994—GEB—MJS<br><br>**STIPULATION AND ORDER CONTINUING MAY 6, 2016 STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed:  June 30, 2015<br>Trial Date: Not Scheduled |

**RECITALS**

1.  Plaintiff Michael Martin is represented by attorney Philip C. Bourdette, of Bourdette & Partners.

1

STIPULATION AND ORDER REGARDING MAY 6, 2016 SCHEDULING CONFERENCE

2. Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co. are represented by attorneys Robert E. Davies and Stephen J. Mackey, of Donahue Davies LLP.

3. On or about June 30, 2015, Plaintiff filed his Complaint in the above- entitled matter, and thereafter caused service of process to be affected upon Defendant, Medtronic, Inc.

4. On or about September 11, 2015, Defendants Medtronic, Inc. (Named herein as "MEDTRONIC, Inc." and "MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.") and Medtronic Puerto Rico Operations Co. (Named herein as "MEDTRONIC PUERTO RICO OPERATIONS") filed and served their Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules Of Civil Procedure 12 (b) (6).

5. The Court scheduled a hearing on Defendants' Motion to Dismiss for October 23, 2015.

6. On September 16, 2015, the Court issued a Minute Order advancing the Status Conference Re: Consent to Magistrate Judge Jurisdiction set for October 1, 2015 to September 22, 2015, in Chambers before Magistrate Judge Michael J. Seng.

7. At the September 22, 2015 Status Conference, Plaintiff Michael Martin, appeared by and through his attorney, Philip C. Bourdette, of Bourdette & Partners, and defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co., appeared by and through their attorney, Stephen J. Mackey, of Donahue Davies LLP.

8. The parties met and conferred through their respective counsel on various issues both prior to and during their participation in the Status Conference, before Magistrate Judge Michael J. Seng.

9. On September 24, 2015, the parties filed a Stipulation and Order with this Court, in which the parties agreed and stipulated as follows:

    a. That Plaintiff shall have up to and including 60 days from the date of filing and service of this Stipulation and Order upon the respective parties to file and serve upon Defendants a First Amended Complaint;

      b.    That Defendants shall have up to and including 30 days from the filing and service of the First Amended Complaint to file an Amended Motion to Dismiss or other responsive pleading; and

      c.    That Plaintiff and Defendants agree to a stay of all discovery until such time as the District Judge of the Sacramento Division of the Eastern District of California to be assigned to this case has issued a ruling upon the Defendants' anticipated Motion to Dismiss the Plaintiff's First Amended Complaint, or other responsive pleading.

10. On October 14, 2015, United States Magistrate Judge Michael J. Seng found good cause for the parties' proposed Stipulation and Order and approved and adopted same as the Order of the Court.

11. On September 24, 2015, this case was assigned to U.S. District Judge Garland E. Burrell, Jr. and U.S. Magistrate Judge Michael J. Seng.

12. On September 25, 2015, Senior District Judge Garland E. Burrell, Jr. issued an Order Setting Status (Pretrial Scheduling) Conference in this case for November 23, 2015 at 9:00 a.m. in Courtroom 10.

12. On November 9, 2015, Senior United States District Judge Garland E. Burrell, Jr. issued an Order on Stipulation of the parties continuing the Status (Pretrial Scheduling) Conference for April 25, 2016 at 9:00 a.m. in Senior District Judge Burrell, Jr.'s Courtroom.

13. On December 14, 2015, Plaintiff timely filed his First Amended Complaint, as provided for in Magistrate Judge Michael J. Seng's October 14, 2015 Order on Stipulation.

14. On January 8, 2016, Chief Judge Morrison C. England, Jr. issued an Order reassigning this action to District Judge Kimberly J. Mueller for all further proceedings, due to the senior status of District Judge Garland E. Burrell, Jr.

15. On January 11, 2016, District Judge Kimberly J. Mueller issued an Order Setting Status (Pretrial Scheduling) Conference for April 29, 2016 at 1:30 p.m. before District Judge Mueller in Courtroom 3.

16. On January 11, 2016, District Judge Kimberly J. Mueller's Courtroom Deputy C. Schultz issued a Minute Order, ordering this action referred to Magistrate Judge Michael J. Seng for pretrial scheduling and resetting the April 29, 2016 Status (Pretrial Scheduling) Conference in Courtroom 6 before Magistrate Judge Michael J. Seng.

17. On January 12, 2016 Magistrate Judge Michael J. Seng issued a Minute Order continuing the April 29, 2016 Status (Pretrial Scheduling) Conference to May 6, 2016 at 10:00 a.m. in Courtroom 6 before Magistrate Judge Michael J. Seng.

18. On January 13, 2016, Defendants timely filed their Motion to Dismiss First Amended Complaint, as provided for in Magistrate Judge Michael J. Seng's October 14, 2015 Order on Stipulation, scheduling the hearing on said Motion on May 6, 2016 at 10:00 a.m. in District Judge Mueller's Courtroom 3.

19. The parties agree that the Defendants' Motion to Dismiss First Amended Complaint should remain on calendar for hearing on May 6, 2016 at 10:00 a.m. in District Judge Mueller's Courtroom 3.

## STIPULATION

Pursuant to the September 24, 2015 Stipulation filed by the parties to this action and the October 14, 2015 Order approving and adopting said Stipulation as the Order of the Court, the parties respectfully request and stipulate that the current May 6, 2016 Status (Pretrial Scheduling) Conference, either be vacated or continued until following District Judge Mueller's issuance of a ruling on Defendants' pending Motion to Dismiss the First Amended Complaint and that all discovery be stayed pending said ruling.

**IT IS SO STIPULATED.**

                                                  BOURDETTE & PARTNERS

Dated: February 11, 2016                    By: /S/ Phillip C. Bourdette
                                                                Philip C. Bourdette
                                                                Attorneys for Plaintiff,
                                                                MICHAEL MARTIN

1 | Dated:  February 11, 2016            DONAHUE DAVIES LLP

By: /S/ Robert E. Davies
    Robert E. Davies

*Of Counsel*:

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

Joe W. Tomaselli, Jr.
Texas Bar No. 24003064
3131 Turtle Creek, Suite 1210
Dallas, TX 75219
(214) 880-9900 (p)
(214) 880-9901 (f)
jtomaselli@goldmanismail.com

Rami N. Fakhouri
Illinois Bar No. 6303267
564 W. Randolph St., Ste. 400
Chicago, IL 60661
(312) 681-6000 (p)
(312) 881-5191 (f)
rfakhouri@goldmanismail.com

Attorneys for Defendants,
MEDTRONIC, INC. and MEDTRONIC PUERTO RICO OPERATIONS CO.

**ORDER ON STIPULATION**

**GOOD CAUSE APPEARING,** it is hereby ordered that the Status (Pretrial Scheduling) Conference currently scheduled for May 6, 2016 in case No.  1:15-cv-00994—KJM—MJS is vacated, to be rescheduled following a District Judge's ruling on Defendants' Motion to Dismiss the First Amended Complaint scheduled for hearing on May 6, 2016 at 10:00 a.m. in District Judge Mueller's Courtroom 3; and further that all discovery is stayed pending said ruling.

IT IS SO ORDERED.

Dated:   February 11, 2016              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE