ROBERT E. DAVIES, ESQ. / SBN 106810
rdavies@donahuedavies.com
STEPHEN J. MACKEY, ESQ. / SBN 131203
smackey@donahuedavies.com
MARY A. STEWART, ESQ. / SBN 106758
mstewart@donahuedavies.com
DONAHUE · DAVIES LLP
P.O. BOX 277010
Sacramento, CA  95827
Telephone: (916) 817-2900
Facsimile:  (916) 817-2644

JOE W. TOMASELLI, JR., ESQ. / TX SBN 24003064 (Pro Hac Vice to be filed)
jtomaselli@goldmanismail.com
RAMI N. FAKHOURI, ESQ. / IL SBN 6303267 (Pro Hac Vice to be filed)
rfakhouri@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
3131 Turtle Creek, Suite 1210
Dallas, TX  75219
Telephone:  (214) 880-9900
Facsimile:  (214) 880-9901

Attorneys for Defendants, MEDTRONIC, INC.
and MEDTRONIC PUERTO RICO OPERATIONS CO.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| MICHAEL MARTIN,<br><br>              Plaintiff,<br><br>     v.<br><br>MEDTRONIC, Inc.; MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.; MEDTRONIC PUERTO RICO OPERATIONS,<br><br>              Defendant. | No. 1:15-cv-00994—DAD—MJS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT (LOCAL RULE 144)**<br><br>Complaint Filed:  June 30, 2015<br>Trial Date: Not Scheduled |

**RECITALS**

1. Plaintiff Michael Martin is represented by attorney Philip C. Bourdette, of Bourdette & Partners.

1

STIPULATION AND ORDER

2. Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co. are represented by attorneys Robert E. Davies and Stephen J. Mackey, of Donahue Davies LLP.

3. On February 24, 2017, United States District Judge Dale A. Drozd issued an Order granting Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co.'s Motion to Dismiss Plaintiff's First Amended Complaint and granting twenty-one (21) days leave for Plaintiff to file a Second Amended Complaint.

4. On or about March 17, 2017, Plaintiff electronically filed his Second Amended Complaint in the above-entitled matter, and caused service of process to be affected upon Defendants, Medtronic, Inc. (Named herein as "MEDTRONIC, Inc." and "MEDTRONIC NEUROMODULATION, a Division of MEDTRONIC, Inc.") and Medtronic Puerto Rico Operations Co. (Named herein as "MEDTRONIC PUERTO RICO OPERATIONS").

5. Pursuant to Federal Rules of Civil Procedure, Rule 15, Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co.'s responsive pleading to the Second Amended Complaint is currently due to be filed and served on or before March 31, 2017.

6. Plaintiff's counsel have agreed to extend Defendants' time to respond to the Second Amended Complaint to and including April 14, 2017, an additional fourteen (14) days from the original March 31, 2017 response date, as provided for in Local Rule 144.

**STIPULATION**

The parties do now hereby agree and stipulate as follows:

1. The time for Defendants Medtronic, Inc. and Medtronic Puerto Rico Operations Co. to file and serve their responsive pleading to the Second Amended Complaint is extended to and including April 14, 2017, an additional fourteen (14) days from the original March 31, 2017 response date.

**IT IS SO STIPULATED.**

//

//

//

| | |
|---|---|
| | BOURDETTE & PARTNERS |
| Dated: March 23, 2017 | By: /S/ Philip C. Bourdette |
| | Philip C. Bourdette |
| | Attorneys for Plaintiff, |
| | MICHAEL MARTIN |
| | |
| Dated: March 23, 2017 | DONAHUE DAVIES LLP |
| | |
| | By: /S/ Robert E. Davies |
| | Robert E. Davies |
| | |
| | *Of Counsel*: |
| | |
| | **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP** |
| | |
| | Joe W. Tomaselli, Jr. |
| | Texas Bar No. 24003064 |
| | 3131 Turtle Creek, Suite 1210 |
| | Dallas, TX  75219 |
| | (214) 880-9900 (p) |
| | (214) 880-9901 (f) |
| | jtomaselli@goldmanismail.com |
| | |
| | Rami N. Fakhouri |
| | Illinois Bar No. 6303267 |
| | 564 W. Randolph St., Ste. 400 |
| | Chicago, IL  60661 |
| | (312) 681-6000 (p) |
| | (312) 881-5191 (f) |
| | rfakhouri@goldmanismail.com |
| | |
| | Attorneys for Defendants, |
| | MEDTRONIC, INC. and MEDTRONIC PUERTO RICO OPERATIONS CO. |

## **ORDER ON STIPULATION**

Good cause appearing, the above stipulation for extension of time to respond to second amended complaint in Case No. 1:15-cv-00994—DAD—MJS, is hereby accepted and its terms adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   March 24, 2017            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE